# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13 - mj - 01146 - mSW |
| Benjamin Fuentes- Garcia | ) | |
| *Defendant* | ) | Charging District: |
| | ) | Charging District's Case No. 5.13Cr 50010 001 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 35 E. Mountain St. Fayetteville, AR 72701 | Courtroom No.: marshals waiting Room |
|---|---|
| | Date and Time: 11-21-13 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: October 29, 2013

_____
*Judge's signature*

KRISTEN L. MIX
*Printed name and title*
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO